

```
  ✓ FILED      ___ LODGED
  ___ RECEIVED ___ COPY

       MAY 2 6 1999

  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

GENERAL SURETY COMPANY, LTD.,   )
                                )
                    Plaintiff,  )   No. CIV 98-0241 PHX PGR
                                )
     vs.                        )
                                )   <u>ORDER</u>
NEW CO TRUST, et al.,           )
                                )
                    Defendants. )
_____)

    On March 31, 1999, the Court entered an order that (1) allowed the plaintiff's counsel to withdraw, (2) advised the plaintiff that a corporation may only appear in federal court through licensed counsel, (3) required the plaintiff to file a notice of appearance by new counsel no later than May 17, 1999, and (4) advised the plaintiff that this action would be dismissed without further notice if new counsel was not timely hired.  A review of the record establishes that to date no new counsel has filed an appearance on the plaintiff's behalf and that the plaintiff has not requested any extension of time for doing so. The Court finds that the dismissal of this action is warranted by the plaintiff's failure to comply with the Court's March 31st order. <u>See</u> <u>United States v. High Country Broadcasting Co., Inc.</u>, 3 F.3d 1244, 1245 (9th Cir. 1993)("When it



became apparent that Crisler (who was not a licensed attorney at that time) was attempting to represent High Country, the district court ordered High Country to retain counsel for the duration of the litigation. When High Country failed to do so, the district court entered default judgment against it; this was perfectly appropriate.")  Therefore,

IT IS ORDERED that this action is dismissed in its entirety pursuant to Fed.R.Civ.P. 41(b).  The Clerk of the Court shall enter judgment accordingly.

Dated this 26th day of May, 1999.

                              Paul G. Rosenblatt
                              United States District Judge