IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

```
                                    FILED ____ LODGED
                                ____ RECEIVED ____ COPY

                                    MAY 26 1999

                                 CLERK U S DISTRICT COURT
                                  DISTRICT OF ARIZONA
                                 BY _____ DEPUTY
```

| | |
|---|---|
| GENERAL SURETY COMPANY, LTD, | |
| Plaintiff, | |
| v. | NO. CIV-98-241-PHX-PGR |
| NEW CO TRUST, ET AL, | **JUDGMENT** |
| Defendants. | |

_____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX**   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff take nothing and the complaint and action are hereby dismissed.

**DATED** at Phoenix, Arizona, this 26th day of May, 1999.

RICHARD H. WEARE
Clerk of Court/DCE

By: *[signature]*
Deputy Clerk